UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BAILEY,

Petitioner,

-against-

MARKWAYNE MULLIN, ET AL.,

Respondents,

26 CIVIL 06349 (ER)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Stipulation and Order dated July 30, 2026, this action shall be and hereby is dismissed without prejudice and without costs or attorney's fees to either party. Accordingly, the case is closed.

**Dated:** New York, New York
August 3, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**